IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY 60 ACRES OF LAND
IN THE TOWNSHIP OF COUDERAY,
SAWYER COUNTY, WISCONSIN, WITH
ALL APPURTENANCES AND IMPROVEMENTS
THEREON,

        Defendant.

ORDER

10-cv-508-wmc

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(a)(d )(4).

Entered this 25th day of October, 2010.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

1