IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

APPROXIMATELY 60 ACRES OF LAND IN THE     Case No. 10-CV-508
TOWNSHIP OF COUDERAY, SAWYER
COUNTY, WISCONSIN, WITH ALL
APPURTENANCES AND IMPROVEMENTS
THEREON,

          Defendant.

---

ORDER FOR FINAL DEFAULT JUDGMENT

---

The United States of America, by its attorney, John W. Vaudreuil, United States

Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United

States Attorney, filed a Verified Complaint of Forfeiture In Rem against the defendant,

Approximately 60 Acres of Land in the Township of Couderay, Sawyer County,

Wisconsin, on September 3, 2010.

The complaint alleges that the Approximately 60 Acres of Land in the Township

of Couderay, Sawyer County, Wisconsin, was used or intended to be used in any

manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. §§

801 et seq., punishable by more than one year imprisonment.  The complaint further

alleges that the defendant property is forfeitable to the United States under the

provisions of 21 U.S.C. § 881(a)(7).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant, Approximately 60 Acres of Land in the Township of Couderay, Sawyer County, Wisconsin. The notices required that any claimant file a claim in this action.

No other potential claimant has filed a statements of interest, claim, or other responsive pleading pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a final default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.      The default judgment of forfeiture is hereby entered whereby all right, title, and interest in the Approximately 60 Acres of Land in the Township of Couderay, Sawyer County, Wisconsin, is conveyed to the Plaintiff, United States of America.

DATED: _January 6, 2011_

BY THE COURT:

_Barbara B Crabb_
BARBARA B. CRABB
United States District Judge

Entered this 7th day of January 2010.

By: _Ryan Kamel, Deputy Clerk_
PETER OPPENEER, Clerk of Court
United States District Court

2